Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Traffic Information, LLC   v. _____

No. 14-1427

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Traffic Information, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Traffic Information, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Attached.

May 16, 2014                                /s/ Kevin L. Russell
_____                             _____
     Date                                   Signature of counsel
                                            Kevin L. Russell
                                            _____
                                            Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Kevin L. Russell
Chernoff Vilhauer LLP
601 SW Second Avenue, Suite 1600
Portland, OR 97204
Telephone (503) 227-5631
Facsimile  (503) 228-4373
kevin@chernofflaw.com

Mr. Nathan K. Kelley, solicitor
nathan.kelley@uspto.gov
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2014, I served a true copy of the ENTRY OF APPEARANCE by using the CM/ECF system, which will send notifications of such filing to counsel of record for Traffic Information, LLC and Respondent the Director of the U.S. Patent and Trademark Office as follows:

Kevin L. Russell
Chernoff Vilhauer LLP
601 SW Second Avenue, Suite 1600
Portland, OR  97204
Telephone (503) 227-5631
Facsimile   (503) 228-4373
kevin@chernofflaw.com

Mr. Nathan K. Kelley, solicitor
nathan.kelley@uspto.gov
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA  22313-1450

                                              /s/ Kevin L. Russell
                                              Kevin L. Russell

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I served a true copy of the Entry Of Appearance by First Class mail to the third-party re-examination requestor addressed as follows:

Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-53048

/s/ Kevin L. Russell
Kevin L. Russell