Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Traffic Information, LLC   v. _____

No. 14-1427

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Traffic Information, LLC
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

- Name: Kevin Russell
- Law firm: Chernoff, Vilhauer LLP
- Address: 601 SW Second Avenue, Suite 1600
- City, State and ZIP: Portland, OR 97204
- Telephone: 503-227-5631
- Fax #: 503-228-4373
- E-mail address: kevin@chernofflaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 19, 1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/16/2014
Date

_____
Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I served a true copy of the Entry Of Appearance by First Class mail to the third-party re-examination requestor addressed as follows:

Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-53048


/s/ Kevin L. Russell
Kevin L. Russell

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I served a true copy of the ENTRY OF APPEARANCE by using the CM/ECF system, which will send notifications of such filing to counsel of record for Traffic Information, LLC and Respondent the Director of the U.S. Patent and Trademark Office as follows:

Kevin L. Russell
Chernoff Vilhauer LLP
601 SW Second Avenue, Suite 1600
Portland, OR  97204
Telephone (503) 227-5631
Facsimile  (503) 228-4373
kevin@chernofflaw.com

Mr. Nathan K. Kelley, solicitor
nathan.kelley@uspto.gov
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA  22313-1450

/s/ Kevin L. Russell
Kevin L. Russell