**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

|                                     |   |                         |
|-------------------------------------|---|-------------------------|
|                                     | ) |                         |
| IN RE TRAFFIC INFORMATION, LLC      | ) | Appeal No. 2014-1427    |
|                                     | ) |                         |

**UNOPPOSED MOTION TO ENLARGE THE TIME FOR**
**FILING THE DIRECTOR'S BRIEF**

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's brief in the above-captioned appeal be extended. The Director requests that the USPTO's brief, now due August 7, 2014, be extended twenty-nine (29) days to September 5, 2014. This is the Director's first request for an enlargement of time in this case.

The extension for the Director is necessary because the undersigned attorney, who has primary responsibility for this appeal, was out of the office for several weeks to care for her mother, who passed away last Monday. Good cause thus exists for the additional time to assure proper consideration and internal review of the Director's brief prior to filing. Appellant's counsel, Kevin L. Russell, was contacted and stated that Appellant does not oppose this motion for an extension of time.

This motion is accompanied by a Declaration and Proposed Order.

Respectfully submitted,

Dated:   July 28, 2014                /s/ Amy J. Nelson
NATHAN K. KELLEY
Solicitor

AMY J. NELSON
MICHAEL S. FORMAN
Associate Solicitors

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
571-272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IN RE TRAFFIC INFORMATION, LLC  )   Appeal No. 2014-1427

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

1. I am the primary attorney assigned to work on this case.

2. Good cause exists for the requested 29-day extension. I was out of the office for several weeks to care for my mother, who passed away last Monday. The extra time is needed to assure adequate preparation and review of the Director's brief.

3. I communicated with Appellant's counsel, Kevin L. Russell. He indicated that Appellant would not oppose the Director's request for additional time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2014        /s/ Amy J. Nelson
                                 Amy J. Nelson
                                 Associate Solicitor

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| IN RE TRAFFIC INFORMATION, LLC | ) ) ) | Appeal No. 2014-1427 |

## ORDER

Upon consideration of the Director's unopposed motion for a 29-day enlargement of time, it is

ORDERED that the Director's motion is granted. The Director's brief is now due on or before September 5, 2014.

FOR THE COURT

Date: _____          _____
                               Daniel E. O'Toole
                               Clerk of Court
                               United States Court of Appeals
                                 for the Federal Circuit


cc:   Nathan K. Kelley
      Office of the Solicitor
      U.S. Patent and Trademark Office
      Mail Stop 8, P.O. Box 1450
      Alexandria, VA 22313-1450

      Kevin L. Russell
      Chernoff, Vilhauer, McClung & Stenzel
      601 SW 2nd Avenue, Ste. 1600
      Portland, Oregon   97204

# **CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2014, I electronically filed the foregoing UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF, DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO ENLARGE TIME FOR FILING THE DIRECTOR'S BRIEF, and proposed ORDER using the Court's CM/ECF filing system. Counsel for Appellant was electronically served via e-mail through and by the electronic filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

               /s/ Amy J. Nelson
               Amy J. Nelson
               Associate Solicitor
               Office of the Solicitor
               U.S. Patent and Trademark Office
               Mail Stop 8, P.O. Box 1450
               Alexandria, VA 22313-1450