NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TRAFFIC INFORMATION, LLC**

---

14-1427
(Serial no. 90/011,600 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

### O R D E R

Upon consideration of the Appellant, Traffic Information, LLC unopposed motion to extend time to file reply brief until September 26, 2014

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 8, 2014                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

cc: Michael Sumner Forman
Nathan K. Kelley
Amy J. Nelson
Kevin L. Russell